IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-413-D-BM

LANETTE B. DEROSE, et al,
    Plaintiffs,

v.

CITY OF RALEIGH, et al,
    Defendants.

## ORDER

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal (D.E. 56), the motion to dismiss filed by defendant City of Raleigh (D.E. 49), is TERMINATED AS MOOT where this defendant is dismissed from this action.

SO ORDERED. This the __21__ day of March, 2023.

JAMES C. DEVER III
United States District Judge